Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino Del Rio South, Suite 308
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, on behalf of himself and others, | 3:24-cv-00787-DMS-VET |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | NOTICE OF SETTLEMENT |
| 800 POUND GORILLA MEDIA, LLC, | |
| Defendant. | |

1

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that the parties have settled this case individually.

The parties request to be excused from all currently scheduled deadlines and appearances.

A motion to dismiss, or other document to that effect, will be filed within forty-five days.

Date:  July 30, 2024                    Respectfully submitted,

                                        LAW OFFICE OF DANIEL G. SHAY

                                        By:  s/ Daniel G. Shay
                                        Daniel G. Shay, Esq.
                                        2221 Camino Del Rio South, Suite 308
                                        San Diego, CA  92108
                                        Telephone: (619) 222-7429
                                        Facsimile:  (866) 431-3292

                                        *Attorney for Plaintiff*

Notice of Settlement