| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA 92108<br>P: 866-219-3343 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA 92108<br>P: 619-222-7429 |

Ben Travis (SBN 305641)
Ben@BenTravisLaw.com
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Dr, Ste 100
San Diego, CA 92122
P: (619) 353-7966

*Attorneys for Plaintiff
and The Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, individually and on behalf of others similarly situated,<br><br>                              Petitioner,<br>     vs.<br><br>800 POUND GORILLA MEDIA, LLC, a limited liability company,<br><br>                              Respondent. | Case No.: 24CV0787 DMS VET<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>**Complaint filed: May 2, 2024** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), please take notice that Plaintiff David Kauffman hereby dismisses this action *with prejudice* as to his individual claims and *without prejudice* as to the putative class, with each party to bear its own costs and attorneys' fees. There has been no responsive pleading or motion filed and no class has been certified.

Respectfully submitted,

Dated: September 13, 2024     LAW OFFICE OF DANIEL SHAY

By: <u>s/ Daniel G. Shay</u>
LAW OFFICE OF DANIEL G. SHAY
DanielShay@TCPAFDCPA.com

Joshua B. Swigart, Esq.
SWIGART LAW GROUP, APC

Ben Travis, Esq.
BEN TRAVIS LAW, APC

Attorneys for Plaintiff
DAVID KAUFFMAN

-2-

Notice of Voluntary Dismissal With Prejudice     CASE NO. 24CV0787 DMS VET